## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| RACHEL STENGARD,<br><br>　　　　Plaintiff,<br><br>v.<br><br>FIRST NATIONAL BANK OF OMAHA.*,*<br><br>　　　　Defendants. | Case No: 2:18-CV-00183<br><br>*ELECTRONICALLY FILED* |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Rachel Stengard ("Plaintiff"), and Defendant First National Bank of Omaha ("Defendant"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of all of Plaintiff's claims in this action against Defendant WITH PREJUDICE, with each party to bear its own costs and fees.

JOINTLY SUBMITTED BY:

*/s/ Cory Rooney (with permission)*
Cory J. Rooney
PO Box 382
Omaha, NE 68101
Tel: (402) 933-9865
Email: rooneylaw@outlook.com
COUNSEL FOR DEFENDANT

*/s/ Jordan Z. Weiss*
Jordan Z. Weiss
Jordan Z. Weiss PLLC
32000 Northwestern Hwy., Ste. 275
Farmington Hills, MI 48334
(248)939-9979
Email: jordan@jzwesq.com
P74097

*/s/ Alyson J. Dykes*
Alyson J. Dykes
The Law Offices of Jeffrey Lohman, P.C.
4740 Green River Road, Suite 206
Corona, CA 92880
Phone: 866-329-9217
Fax: 657-227-0270
Email: alysond@jlohman.com
COUNSEL FOR PLAINTIFF

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 30th day of January 2019, I electronically filed the foregoing Stipulation of Dismissal using the CM/ECF System, which will notify all registered parties.

                                       */s/ Alyson J. Dykes*
                                       Alyson J. Dykes
                                       Counsel for Plaintiff